| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on June 9, 2021<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>    MANOLO D PEREZ | Case No.:  18-30302 SLM<br><br>Hearing Date:  6/9/2021 |

### INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 9, 2021**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): MANOLO D PEREZ

Case No.: 18-30302

Caption of Order: INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

---

THIS MATTER having come before the Court on 06/09/2021 on notice to RUSSELL L LOW ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file an amended Schedule I and J by 6/16/2021 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that Amended Schedules have been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that the Motion will be adjourned to 6/23/2021 at 10:00 a.m.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

    MANOLO D PEREZ

Case No.:  18-30302 SLM

Hearing Date:  6/9/2021

## INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Debtor(s): MANOLO D PEREZ

Case No.: 18-30302

Caption of Order: INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

THIS MATTER having come before the Court on 06/09/2021 on notice to RUSSELL L LOW ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file an amended Schedule I and J by 6/16/2021 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that Amended Schedules have been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that the Motion will be adjourned to 6/23/2021 at 10:00 a.m.

United States Bankruptcy Court

District of New Jersey

In re:  
Manolo D Perez  
    Debtor

Case No. 18-30302-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Jun 09, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2021:**

**Recip ID**     **Recipient Name and Address**  
db      + Manolo D Perez, 38-40 Lexington Ave, Paterson, NJ 07502-2009

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2021 at the address(es) listed below:

**Name**     **Email Address**

Denise E. Carlon  
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Laura M. Egerman  
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com

Lynn Therese Nolan  
    on behalf of Creditor MidFirst Bank ecfnotices@grosspolowy.com  lnolan@grosspolowy.com

Marie-Ann Greenberg  
    magecf@magtrustee.com

Russell L. Low  
    on behalf of Debtor Manolo D Perez ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

Shauna M Deluca  
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper sdeluca@raslg.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 09, 2021 | Form ID: pdf903 | Total Noticed: 1

Sindi Mncina
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8