UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on June 24, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

IN RE:

   MANOLO D PEREZ

Case No.:  18-30302 SLM

Hearing Date:  6/23/2021

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 24, 2021**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  MANOLO D PEREZ

Case No.:  18-30302

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 06/23/2021 on notice to RUSSELL L LOW ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $436.00 starting on 7/1/2021 for the remaining 4 month(s); and it is further

- ORDERED, that Plan total shall increase accordingly.