Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF DECEMBER  7, 2021

### Chapter 13 Case # 18-30302

Re:   MANOLO D PEREZ
      38-40 LEXINGTON AVE
      PATERSON, NJ  07502

Atty:   RUSSELL L LOW ESQ
        LOW & LOW ESQS
        505 MAIN STREET, SUITE 304
        HACKENSACK, NJ  07601

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $7,294.08**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/02/2018 | $150.00 | 5363078000 | 12/03/2018 | $150.00 | 5441141000 |
| 01/03/2019 | $175.00 | 5514847000 | 02/04/2019 | $175.00 | 5597332000 |
| 03/04/2019 | $175.00 | 5677630000 | 04/03/2019 | $175.00 | 5755039000 |
| 05/03/2019 | $175.00 | 5832556000 | 06/03/2019 | $175.00 | 5912148000 |
| 07/03/2019 | $175.00 | 5990161000 | 08/05/2019 | $175.00 | 6067051000 |
| 09/03/2019 | $175.00 | 6145262000 | 10/02/2019 | $175.00 | 6223404000 |
| 11/04/2019 | $175.00 | 6308007000 | 12/03/2019 | $175.00 | 6378138000 |
| 01/06/2020 | $175.00 | 6455773000 | 02/05/2020 | $175.00 | 6532828000 |
| 03/04/2020 | $175.00 | 6612942000 | 04/02/2020 | $175.00 | 6685523000 |
| 05/04/2020 | $175.00 | 6766636000 | 06/12/2020 | $175.00 | 6860045000 |
| 07/06/2020 | $175.00 | 6922411000 | 08/04/2020 | $175.00 | 6990072000 |
| 09/02/2020 | $175.00 | 7058842000 | 10/02/2020 | $175.00 | 7129636000 |
| 11/04/2020 | $175.00 | 7210477000 | 12/02/2020 | $175.00 | 7279295000 |
| 01/04/2021 | $175.00 | 7353533000 | 02/02/2021 | $175.00 | 7425673000 |
| 03/02/2021 | $175.00 | 7494631000 | 04/02/2021 | $175.00 | 7572853000 |
| 05/03/2021 | $175.00 | 7645406000 | 06/03/2021 | $175.00 | 7716650000 |
| 07/06/2021 | $436.00 | 7792271000 | 08/02/2021 | $436.00 | 7853663000 |
| 09/02/2021 | $436.00 | 7920978000 | 10/04/2021 | $436.00 | 7989954000 |
| 10/28/2021 | $1.00 | 8042671000 | | | |

**Total Receipts: $7,295.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $7,295.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 442.89 | |
| ATTY | ATTORNEY | ADMIN | 3,750.00 | 100.00% | 3,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 18-30302**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0001 | AMERICAN EXPRESS BANK | UNSECURED | 3,723.69 | * | 0.00 | |
| 0002 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 10,260.45 | * | 5.53 | |
| 0003 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | LVNV FUNDING LLC | UNSECURED | 20,861.73 | * | 11.24 | |
| 0006 | QUANTUM3 GROUP LLC | UNSECURED | 1,101.54 | * | 0.00 | |
| 0007 | CREDIT ONE BANK NA | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | DISCOVER FIN SVCS LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | FIRST DATA | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | HY CITE/ROYAL PRESTIGE | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | MIDFIRST BANK | MORTGAGE ARRE | 1,804.70 | 100.00% | 1,804.70 | |
| 0012 | HOME DEPOT LOAN SERVICES | UNSECURED | 24,903.85 | * | 13.42 | |
| 0013 | ROUNDPOINT MTG | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | SYNCB/BANAREPDC | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | SYNCB/CHEVRON | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | SYNCB/GAP | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | SYNCB/WALMART | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | TBOM/CONTFIN | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | TD RETAIL CARD SERVICES | UNSECURED | 3,396.00 | * | 0.00 | |
| 0020 | THD/CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | TOYOTA MOTOR CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | WELLS FARGO CARD SERVICES | UNSECURED | 969.17 | * | 0.00 | |
| 0027 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | LVNV FUNDING LLC | UNSECURED | 15,362.93 | * | 8.28 | |
| 0029 | AMERICAN EXPRESS BANK | UNSECURED | 7,396.70 | * | 0.00 | |
| 0030 | AMERICAN EXPRESS BANK | UNSECURED | 3,103.56 | * | 0.00 | |
| 0031 | WELLS FARGO | UNSECURED | 15,008.36 | * | 8.09 | |
| 0032 | CITIBANK NA | UNSECURED | 2,384.72 | * | 0.00 | |
| 0033 | MIDFIRST BANK | ADMINISTRATIVE | 1,238.00 | 100.00% | 1,238.00 | |

**Total Paid: $7,282.15**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| HOME DEPOT LOAN SERVICES | | | | | | | |
| | 11/17/2021 | $13.42 | 880536 | | | | |
| LVNV FUNDING LLC | | | | | | | |
| | 11/17/2021 | $8.28 | 881183 | | 11/17/2021 | $11.24 | 881183 |
| MIDFIRST BANK | | | | | | | |
| | 02/22/2021 | $642.80 | 865326 | | 03/15/2021 | $161.88 | 867115 |
| | 04/19/2021 | $161.88 | 868853 | | 05/17/2021 | $161.88 | 870726 |
| | 06/21/2021 | $164.50 | 872539 | | 07/19/2021 | $164.50 | 874316 |
| | 08/16/2021 | $409.84 | 876006 | | 09/20/2021 | $175.40 | 877762 |
| | 09/20/2021 | $234.44 | 877762 | | 10/18/2021 | $409.84 | 879507 |
| | 11/17/2021 | $355.74 | 881217 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 11/17/2021 | $5.53 | 8002529 | | | | |
| WELLS FARGO | | | | | | | |
| | 11/17/2021 | $8.09 | 881827 | | | | |

**Chapter 13 Case # 18-30302**

## SUMMARY

| | |
|---|---|
| Summary of all receipts and disbursements from the date the case was filed , to and including: December 07, 2021. | |
| Receipts: $7,295.00      -      Paid to Claims: $3,089.26      -      Admin Costs Paid: $4,192.89      =      Funds on Hand: $12.85 | |
| Base Plan Amount: $7,294.08           -           Receipts: $7,295.00                          =      Total Unpaid Balance: **($0.92) | |

**\*\*NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.