DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT
Caption in Compliance with D.N.J. LBR 9004-1(b)

Ashley M Pascuzzi, Esq. - 272502018
GROSS POLOWY, LLC
Formed in the State of Delaware
2500 Plaza 5, Suite 2548
Jersey City, NJ 07311
(716) 204-1700
E-mail: apascuzzi@grosspolowy.com
Attorneys for Creditor MidFirst Bank

In Re:

    MANOLO D PEREZ

          Debtor(s).

Case No.: 18-30302-slm

Hearing Date: March 10, 2021

Judge: Stacey L. Meisel

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Richard J. Godzik:

   ☐ represent the MidFirst Bank in the above-captioned matter.

   ☒ am the secretary/ paralegal for Gross Polowy, LLC, who represents MidFirst Bank, in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself

2. On December 23, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Response to Notice of Final Cure

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: December 23, 2021

                                                        Richard J. Godzik

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Manolo D Perez<br>38-40 Lexington Ave<br>Paterson, NJ 07502 | Debtor | ☐ Hand delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court) |
| Russell L. Low<br>505 Main St. Suite 304<br>Hackensack, NJ 07601 | Debtor Attorney | ☐ Hand delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court) |
| Marie-Ann Greenberg<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004 | Chapter Trustee | ☐ Hand delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court) |